ACCEPTED
03-25-00673-CV
107949628
THIRD COURT OF APPEALS
AUSTIN, TEXAS
11/12/2025 11:27 AM
JEFFREY D. KYLE
CLERK

**Chief Justice**
SCOTT BRISTER

**Justices**
SCOTT FIELD
APRIL FARRIS

**Clerk**
CHRISTOPHER A. PRINE
Phone: 512-463-1610

www.txcourts.gov/15thcoa



# Fifteenth Court of Appeals

P.O. Box 12852,
Austin, Texas 78711

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
11/12/2025 11:27:33 AM
JEFFREY D. KYLE
Clerk

**Corrected  Letter**

November 12, 2025

The Honorable Jeffrey Kyle, Clerk                    via EFILE Texas
Third Court of Appeals
209 West 14th, Room 101
Austin, Texas 78701

RE:    Court of Appeals Number:     03-25-00673-CV
       Trial Court Case Number:     D-1-GN-25-003444

Style:    Corey Morrell v. Texas Commission on Environmental Quality

Dear Mr. Kyle:

The Fifteenth Court of Appeals agrees with the Third Court's recommendation that this matter should be transferred to this Court as set forth in Texas Rule of Appellate Procedure 27a(c)(2).

Please let me know if you need any additional information.

Sincerely,

Christopher A. Prine, Clerk

cc:    Counsel of Record – via EFILE Texas

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Envelope ID: 107949628
Filing Code Description: Letter
Filing Description: Corrected TRAP 27a Transfer Letter
Status as of 11/13/2025 9:20 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Laura Courtney | | laura.courtney@oag.texas.gov | 11/12/2025 11:27:33 AM | SENT |
| Amanda Cagle | | amanda.cagle@oag.texas.gov | 11/12/2025 11:27:33 AM | SENT |
| Corey Morrell | | texasmorrell@gmail.com | 11/12/2025 11:27:33 AM | SENT |
| Christopher Prine | | christopher.prine@txcourts.gov | 11/12/2025 11:27:33 AM | SENT |